*E-Filed 7/18/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID PORTEE, | No. C 11-03251 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| RANDY GROUNDS, | |
| Defendant. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983.  Pursuant to petitioner's motion of voluntary dismissal (Docket No. 4), this action is dismissed.  *See* Fed. R. Civ. P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); *Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534–1536 (9th Cir. 1987) (Rule 41(a)(1)(I) does not require leave of court to dismiss the action).  The dismissal is without prejudice.  *See* Fed. R. Civ. P. 41(a)(1).  The Clerk shall terminate Docket No. 4, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: July 18, 2011

_____
RICHARD SEEBORG
United States District Judge

No. C 11-03251 RS (PR)
ORDER OF DISMISSAL